■ HAZEL F. BITTSON, Respondent, v. PEGGY EQUITIES CORP., Appellant.— In an action for money loaned, the appeals are from orders denying appellant's

motions (1) to adjourn an examination before trial of appellant, by its president, set for September 1, 1955, and to modify accordingly a prior order dated June 9, 1955, and (2) to vacate the judgment entered pursuant to such prior order. Orders affirmed, with separate bills of $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.